# Social Security Administration
Important Information

Social Security
RM 793 AJC Federal Building
1240 E 9th St
Cleveland, OH 44199-2001
Date: August 21, 2015

Consumer Protection Agency
3030 Euclid Ave
Suite 105
Cleveland OH 44115-2525

We are writing to let you know that your organization can no longer continue to serve as representative payee for Social Security and Supplemental Security Income beneficiaries. In addition, your organization must stop charging and collecting fees for providing representative payee services to Social Security and Supplemental Security Income beneficiaries. This is effective for any payments you receive after August 31, 2015.

Based on our findings during the most recent site review held on August 18, 2015, we identified a pattern of noncompliance with Social Security policies by your organization. Specific deficiencies we uncovered involve:
- Poor financial record keeping
- Mismanagement of Social Security funds leading to numerous examples of beneficiary personal needs checks not being cleared for insufficient funds
- Numerous SSI overpayments caused by excess resources in client bank accounts
- Problems reporting events affecting payment eligibility to SSA
- Potential misuse of Social Security benefits by your organization

We previously attempted to work with your organization to correct many of the above issues during our prior reviews in 2007, 2010, and 2013. These issues have not been corrected to date. We determine it is not in the best interest of the beneficiaries you serve to continue using your organization as a representative payee. Our top priority at this time is to work on transitioning all beneficiaries to a new payment arrangement.

We ask you to return any additional Social Security beneficiary payments you may receive as representative payee after August 31, 2015 for any of the beneficiaries on the attached list.



GOVERNMENT EXHIBIT
A 2 pages

You will receive a separate notice regarding any conserved funds for all beneficiaries in which you acted as a representative payee.

**How to Return Payments to SSA**
Send us a check or money order for the full amount you owe us. Make the check or money order payable to the Social Security Administration and attach a copy of the enclosed list of affected beneficiaries along with the amount that is to be credited for each beneficiary. Be sure to return both the check and a copy of the list of individuals in the enclosed envelope.

**If You Disagree With The Decision**
If you disagree, you have 20 days from the date of this letter to request a review.
- The request must be in writing and should be sent to us at the above address.
- It should state that you disagree and believe that your organization should be allowed to continue to serve as representative payee.
- It should also give the reason(s) you disagree.
- Please include any additional information you feel is important.

Whether you object to our findings or not, you must stop collecting fees for representative payee services after the date shown above.

**If You Have Questions**
Please contact the Social Security office at Room 793, AJC Federal Building, Cleveland Ohio or call 1-877-319-5708 and ask to speak to a member of management.

Sincerely,

Richard E. Warsinskey
District Manager

**Enclosure:** Beneficiary List